# *United States District Court*

_____SOUTHERN_____         DISTRICT OF_____    FLORIDA_____

UNITED STATES OF AMERICA

v.

## WARRANT FOR ARREST

ELIZABETH MAXIME

**CASE NUMBER:**
00-6175-CR-ZLOCH

**TO:    The United States Marshal**
**and any Authorized United States Officer**

AUG 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest_____ ELIZABETH MAXIME _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

⊠Indictment    □ Information    □ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with *(brief description of offense)* Conspiracy to commit bank fraud and to make utter and possess
counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18  United States Code, Sections  371; 513(a); 1344; and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at  25,000 Corporate
Surety

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/23/00, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |