AO 442 (Rev. 12/85) Warrant for Arrest        AUSA BERTHA MITRANI

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ELIZABETH MAXIME

## WARRANT FOR ARREST

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **ELIZABETH MAXIME**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18 United States Code, Sections 371; 513(a); 1344; and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

8/24/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at 25,000 Corporate Surety

by LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED 8/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/28/00 | | Edward Purchase, SDUSM |