# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | 2. MAG. DOCKET NO | 3. DIST. CT. DOCKET NO | VOUCHER NO |
|---|---|---|---|
| ☐ MAG. 2 ☒ DIST. 3 ☐ APPEALS 4 ☐ OTHER | | 00-6175-CR-WJZ(s) | 0858875 |

| 4. APPEALS DOCKET NO | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| | SD/FL | FLSFL | 18:513 | 4601 |

| 8. IN THE CASE OF | | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. |
|---|---|---|---|
| USA vs Maxime | | Elizabeth Maxime | REPRES |

**10. PERSON REPRESENTED (STATUS)**
1 ☐ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)** all proceedings

**12. PAYMENT CATEGORY**
A ☒ FELONY   C ☐ PETTY OFFENSE   E ☐ OTHER
B ☐ MISDEMEANOR   D ☐ APPEAL

**13. COURT ORDER**
O ☐ Appointing Counsel   F ☒ Subs. for FD
C ☐ Co-Counsel   R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty.
Name of prior panel attorney _____
Appt Date _____ Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ 10-2-00 ▶ _____
Date of Order    Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, Last Name, Including Suffix) AND MAILING ADDRESS
Ana Jhones, Esq.
Bayside Plaza, Ste. 425
330 Biscayne Blvd
Miami, FL 33132

**15. WORK PHONE** (305) 374-4919

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation? ☐ Yes ☐ No

**16B** SOCIAL SECURITY NO.   **16C** EMPLOYER I.D. NO.

**16D** NAME AND MAILING ADDRESS OF LAW FIRM

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | Enter total below |
| IN COURT | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = 70) TOTAL HOURS = | | | $ |
| 18. | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| OUT OF COURT | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = 50) TOTAL HOURS = | | | $ |
| 19. | TRAVEL, LODGING, MEALS ETC. | AMOUNT | | 19A. TOTAL TRAVEL EXP. $ |
| EXPENSES | | OTHER EXPENSES | AMOUNT | 19B. TOTAL OTHER EXP. $ |
| | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment   I ☐ Interim Payment No. _____ Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements ▶ _____ ▶ _____
SIGNATURE OF ATTORNEY/PAYEE    DATE

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | DATE | 27A. JUDGE/MAG. CODE |
|---|---|---|

| 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | DATE | 29. TOTAL AMT APPROVED |
|---|---|---|
| | | $ |

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA