UNITED STATES DISTRICT COURT
Southern District of Florida

61921004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: CR 00-6175-CR-Zloch |
| Plaintiff | ) | |
| | ) | REPORT COMMENCING CRIMINAL |
| -vs- | ) | ACTION |
| | ) | |
| Elizabeth Maxime | ) | |
| Defendant | | |

****************************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE ,   W. PALM BEACH
    U.S. District Court    ~~(circle one)~~

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE --
****************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

FILED by ___ D.C.
MAG. SEC.
OCT - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(1) Date and Time of Arrest: 09/28/00                     am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 371, 513, 1344

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 07/08/53

(6) Type of Charging Document: (Check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
        Case # 00-6175-CR-Zloch
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $ 75,000
Who set Bond: M. Frem,

(7) Remarks: _____

(8) Date: 09/28/00           (9) Arresting Officer: Kraut

(10) Agency: U.S. Secret Service        (11) Phone: 305-629-1800

(12) Comments: