**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.

ELIZABETH MAXIME

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00FX- 119-690
AUSA Bill Bryan
Agent USSS/KROUT
(305) 629-1800
DOB : 07/08/53       # 61921-004

The above-named defendant having been arrested on 09/28/00 having appeared before the court for initial appearance on 09/28/00
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

   FILED by ___ D.C.
   was record.
   OCT - 3 2000
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. MIAMI

2. AFPD appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ 11am in Ft LA 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am  10/3 UA, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: $25K PSB c/s by mother, Tiffany Sili & daughter 3 Chris Landau (Stipulated)

bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
- ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
- ✓ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person; other: as dir
- ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
- ___ d. Maintain or actively seek full time gainful employment.
- ___ e. Maintain or begin an educational program.
- ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
- ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
- ___ h. Comply with the following curfew: _____
- ___ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

1/11

ELIZABETH MAXIME

___ j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

  If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

  **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>28TH</u> day of <u>SEPTEMBER</u>, 2000.

*Andrea M. Simonton* (signature)
ANDREA M. SIMONTON
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
 Defendant
 Counsel
 U.S. Marshal
 Pretrial Services/Probation