

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6175-CR-Zloch (s)

UNITED STATES OF AMERICA

vs
Elizabeth Maxime

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on       10-3-00     , where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:            Address: See Bond

Telephone:

DEFENSE COUNSEL:      Name: Ana Jhones

Address:

Telephone:

BOND SET/CONTINUED:   $ Cont'd on Bond as set

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this___3___day of _____October_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk
00-076

Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services