UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

10-3-00
AL

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

ELIZABETH MAXIME, :

    Defendant. :
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on the Office of the Federal Public Defender's oral motion to withdraw based on a conflict of interest and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Office of the Federal Public Defender's oral motion to withdraw is hereby GRANTED. CJA counsel will be appointed.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of October, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:    Samuel J. Smargon, AFPD
       Bertha Mitrani, AUSA