DEFT: Elizabeth Maxime (B)

AUSA: Bertha Mitrani / Bruce Brown

AGENT:

PROCEEDING: Arraignment

BOND HEARING HELD – yes/no

_____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

CASE NO: 00-6175-CR-Zloch *(s)

ATTRY: FPD _San Smargon_

VIOL:

BOND REC:

COUNSEL APPOINTED: CJA – Ana Jhones apptd

FILED [illegible]  D.C.

OCT 5 2000

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House
    _____ Electronic Monitoring

FPDs motion + Order to withdraw filed & granted.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**NEXT COURT APPEARANCE:** _____ **DATE:** _____ **TIME:** _____ **JUDGE:** _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: 10-18-00  11:00am  LSS

**DATE:** 10-3-00  **TIME:** 11:00am  **TAPE #** 00-076  **PG #** 2

2090 -

124