IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6175-CR-Zloch

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEN RICHARDS, et al.,

      Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AS TO DEFENDANT ELIZABETH MAXIME

      COMES NOW Ana M. Jhones, who hereby enters her appearance as

permanent counsel for the Defendant, Elizabeth Maxime, pursuant to her appointment under

the Criminal Justice Act on October 2, 2000.

      I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to

all counsel on the attached sheet, this ____5th____ day of October, 2000.

      Respectfully submitted,

      ANA M. JHONES
      Attorney at Law
      Bayside Plaza, Suite 625
      330 Biscayne Boulevard
      Miami, FL 33132
      Telephone: (305) 374-4919 Dade
                (954) 537-5565 Broward
      Fax     : (305) 374-3414 Dade Fax
                (954) 568-1870 Broward Fax

BY: _____
      FOR: Ana Jhones
      Florida Bar #771170

Counsel of Record-USA v. Richards
Case Number:  00-6175-CR-Zloch

Bertha Mitrani
Assistant US Attorney
500 East Broward Boulevard, #700
Fort Lauderdale FL 33394-3002

Jack R. Blumenfeld, Esquire
Counsel to Ken Richards
2600 South Douglas Rd, Suite 911
Coral Gables FL 33134

Michael H. Bloom, Esquire
Counsel to Peggy Mejia
3225 Aviation Avenue, Suite 300
Coconut Grove FL 33133

Alvin Entin
Entin & Margules
Counsel to Kelsa Vialva
200 E. Broward Blvd., Suite 1210
Fort Lauderdale FL 33301