HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RENE MENDOZA_____ CASE NO: ~~00-6072-CR-ZLOCH~~

AUSA __ROBIN ROSENBAUM_____ _Kerry_ ATTY __FPD__ _Vensile for_

_Disc out today_
_possible plea_  _m/due 11-3_    _00-0872_
    _C 2877_

DEFT __ELIZABETH MAXIME_____ CASE NO: __00-6175-CR-ZLOCH (s)__ ✓

AUSA __BERTHA MITRANI__ _-pres_ ATTY __ANA JOHNES, ESQ.__ _-pres_

_Disc out_
_Trial date Dec 1_    _C 2880_

DEFT __m/due 11-3_____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE ____OCTOBER 18, 2000_____ TIME _____11:00 A.M._____

150