UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA,        :

        Plaintiff,               :

v.                                :

ELIZABETH MAXIME,                 :

        Defendant.               :

_____

FILED by _____ D.S.

OCT 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

      A status conference was held in this cause on October 18, 2000. At that conference, the parties informed the Court as follows:

      1. Discovery was mailed on October 17, 2000.

      2. Counsel for the defendant shall have until November 3, 2000, within which to file pretrial motions.

      DATED at Fort Lauderdale, Florida, this _____ day of October, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Ana Jhones, Esq.

156