IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6175-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIZABETH MAXIME,

    Defendant.

_____/

## DEFENDANT ELIZABETH MAXIME'S,
## MOTION FOR TRIAL CONTINUANCE

COMES NOW the Defendant, Elizabeth Maxime, by and through undersigned counsel, who moves this Honorable Court for a continuance of the trial in the above-entitled matter and as grounds therefor would show:

1. That this case is currently set for a Calendar Call on Friday, December 1st at 9:00 AM. The trial docket beginning for this matter commences on Monday, December 4th[th], 2000. See <u>Amended Notice Setting Cause for Trial</u> dated October 16th[th].

2. That this is a fraud matter and that the Defendant, Elizabeth Maxime was indicted in the superseding indicted dated August 24th[th], 2000.

3. That counsel to the Defendant has reviewed the discovery provided by the Government. Additionally, undersigned counsel has discussed with the Government the



need to secure transcripts that the Government has in their possession regarding communications had between other co-conspirators. The Government has indicated that they will furnish these transcripts upon demand. Undersigned counsel is in the process of furnishing a list of what is needed. Additionally, to date there has been no Giglo/Napue materials provided to counsel by the Government. It is not entirely clear at this time whether any such material is to be had in this case. To the extent that there will such witnesses, as CJA counsel, it is anticipated that transcripts of pleas and sentencing hearings, if available, at this time shall be necessary.

4. That undersigned counsel has locate at one particular witness that is essential to this case. However, said witness has not be interviewed due to the unavailability of undersigned counsel's investigator who is involved in another trial before the Honorable Judge Lenard. Counsel and her investigator are making an effort to interview this witness within the next two weeks.

5. Finally, the Defendant, Elizabeth Maxime, has no criminal history. This is her first and only arrest. She was an employee of the lead Defendant in this matter, Ken Richards. She has a very rudimentary understanding of these proceedings and trial preparation has proceeded very slowly.

6. That undersigned counsel has spoken with Bertha Mitrani, the AUSA in this matter who has indicated that she does not oppose a brief continuance of this trial. Undersigned

2

counsel is seeking only a brief continuance because she fully expects to be ready for trial within three weeks.

WHEREFORE, the Defendant, Elizabeth Maxime, moves this Honorable Court for a brief continuance of the trial in the above-entitled matter.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002, and to _____ this _____ day of November, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
(954) 537-5565 Broward
Fax     : (305) 374-3414 Dade Fax
(954) 568-1870 Broward Fax

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170

3