UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER _CO - 6 1 7 5 - CR-Zloch_ DATE _12-1-CC_

CLERK _Carlene Nevilen_    REPORTER _Carl Schentzel_

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. _Ken Richards, et al_

U. S. ATTORNEY _Bertha M. Teani_ DEFT COUNSEL _Arthur Wallace_
_Ana Jhones & Stuart_
_Adelstean_

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Deft's Richard, Maxine &_
_Smith's notns to Continue -_
_Court grants deft Maxine & Smith's_
_notng to continue - All time excludable_

JUDGMENT _____

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____