IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number 00-6175-CR-ZlOCH

UNITED STATES OF AMERICA,

Plaintiff, **EX PARTE and UNDER SEAL**

vs.

ELIZABETH MAXIME,

Defendant,

_____/

NIGHT BOX
FILED

DEC - 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT ELIZABETH MAXIME'S MOTION TO SEAL EX PARTE REQUEST FOR FUNDS UNDER $ 1,000.00 FOR INVESTIGATORY EXPENSES

COMES NOW the Defendant, ELIZABETH MAXIME by and through undersigned counsel, who moves this Honorable Court to enter and Order granting the Defendant's Ex Parte Request to Seal his Request for Investigative Funds Under $ 1,000.00. In support of the Ex Parte Request Ms. Maxime shall state as follows:

1. That the Criminal Justice Act, Title 18 U.S.C. § 3006A(e)(1) specifically allows for an Ex Parte application for investigative and expert services. Specifically, the Act in relevant part reads as follows:

> Upon request. – Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court ... shall authorize counsel to obtain the services.

§ (e)(1) of Title 18 U.S.C. 3006A

2. The Supreme Court has required that the defendant outline, with specifics, the basis for his request for the funds necessary to avail herself of the opportunity to present an "adequate defense" See Ake, supra and Caldwell v. Mississippi, 472 U.S. 320, 323, 105 S.Ct. 2633, 86 L.Ed2d 231 (1985). That the Defendant, in order to meet this burden, must reveal certain aspects of her defense that she would not otherwise do were it not for her status as an indigent defendant.

4. That the Government cannot be availed of the Defendant's strategy because of the Defendant' status as an indigent defendant. The only way to insure that the government does not further its already superior position, in terms of resources, is by allowing the Defendant's application for costs to remain ex parte and under seal. See Panola Land Buying Association v. Clarke,, 844 F.2d 1506,1523 (11th Cir. 1988).

WHEREFORE, the Defendant respectfully prays that this Honorable Court issue an Order granting its motion requesting that the Defendant request for investigatory expenses for trial be allowed to proceed ex parte and under seal.

DATED this _____ day of December, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
             (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
             (954) 568-1870 Broward Fax

BY: _____
ANA M. JHONES
Florida Bar #771170

```
                              [vdkttext
]
                         Case Selection
Dkt type: cr   Case Number: 00-6175     Division: 0   FtLauderdale
 Title :  USA                    .V. Richards




Filed      Entry Date  Last Update    History ID     Docketed by
12/7/00     12/8/00      **/**/**      4325861          lh
    +------------------------------------------------------------+
      SEALED DOCUMENT as to Elizabeth Maxime



     +viewing docket text-------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 187