UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.

    SEALED ORDER

ELIZABETH MAXIME

    Defendant.


FILED by _____ D.C.
DEC 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant, Elizabeth Maxime's Ex Parte Request For Expenses (filed December 7, 2000). This Court has carefully reviewed the merits of said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the aforementioned motion, be and the same is hereby GRANTED to the extent that fees shall not exceed $1,000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of December 2000.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge

cc:
Ana Jhones, Esq.

```
                                [vdkttext
]
                        Case Selection
Dkt type: cr   Case Number: 00-6175      Division: 0   FtLauderdale
Title :  USA                   .V.  Richards




Filed       Entry Date  Last Update    History ID      Docketed by
12/11/00    12/13/00    **/**/**       4332154         lh
    +----------------------------------------------------------+
        SEALED DOCUMENT as to Elizabeth Maxime



    +viewing docket text--------------------------------------+
Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 192