UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

ELIZABETH MAXIME

    Defendant

                           O R D E R



THIS MATTER is before the Court upon Defendant Elizabeth Maxime's Motion To Seal Ex Parte Request For Expenses (filed December 7, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The Clerk of Court is hereby ordered to seal the aforementioned Motions and this Order until conclusion of the case by plea or verdict.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____12th_____ day of December, 2000.

                                      WILLIAM J. ZLOCH
                                      Chief United States District Judge

cc:
Ana M. Jhones, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No _10-6175-CR-ZLOCH_

USA

Plaintiff,

vs.

ELIZABETH MAXIME,

Defendant.

_____/

DOCKET ENTRY #_____
(to be completed by Clerk of Court)

**NIGHT BOX FILED**

SEALED FILING COVER SHEET

DEC - 7 2000

CLARENCE MADDOX
CLERK USDC / SDFL / FTL

Party Filing Matter Under Seal:
  Name:       ELIZABETH MAXIME
  Address:    7652 W ELM LANE, 411-2442, FL 33___
  Telephone:  954-441-7532
  Facsimile:  N/A
  E-mail:     N/A

Counsel for Party Filing Matter Under Seal:
  Name:       ANA H. JHONES, ESQ
  Address:    330 BISCAYNE BLVD - SUITE #C-25, MIAMI, FL 33132
  Telephone:  (305) 374-4919
  Facsimile:  (305) 374-3414
  E-mail:     ANAHJHONES.LC@AOL.COM

Date of Filing: 12-7-00

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
  ___ Until Conclusion of Trial
  ___ Until Conclusion of Direct Appeal
  ✓   Until Case Closing
  ___ Permanently
  ___ Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
  ___ unsealed and placed in the public portion of the court file
  ___ destroyed
  ✓   returned to the party or counsel for the party, as identified above

---

COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal  ✓ Granted  ___ Denied  ___ Other
Date  12-12-00

Matter May Be Unsealed After
  ✗ Conclusion of Trial          ___ Conclusion of Direct Appeal
  ___ Case Closing               ___ Other

Matter to be returned to the party identified on the Court Order.

```
]
                         Case Selection
Dkt type: cr   Case Number: 00-6175      Division: 0   FtLauderdale
Title :  USA                  .V.  Richards




Filed      Entry Date  Last Update      History ID      Docketed by
12/12/00   12/13/00    **/**/**         4332156         lh
+-------------------------------------------------------------+
    SEALED DOCUMENT as to Elizabeth Maxime



    +viewing docket text------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # __193__