FILED BY _____ D.C.
2001 JAN -8 PH 1:07
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6175-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIZABETH MAXIME,

    Defendant.
_____/

## NOTICE OF POTENTIAL CONFLICT

COMES NOW Ana M. Jhones, as counsel to the Defendant, who gives notice of potential conflict as follows:

1. That trial on the above matter is scheduled for February 13th, 2001 at 9:30 a.m., pursuant to this Court's order dated December 4th, 2000.

2. That on on October 26th, 2000, the Honorable Jose A. Gonzalez specially set a trial in the US District Court in Ft. Lauderdale, Florida, in the case of <u>USA v. Rene Benitez and Jose Duarte-Acero</u>, Case No. 82-292-CR-Gonzalez. This matter is scheduled to begin on February 26th, 2001. Additionally, this matter is Judge Gonzalez' sole remaining criminal case and the facts and circumstances of the case date back to February 1982.

3. That on November 27th, 2000, the Honorable Shelby Highsmith, set a trial

in the US District Court in Miami, Florida, in the case of <u>USA v. Howard Duncan, et. al,</u> Case Number 00-640-CR-Highsmith. This matter is schedule to begin on a two week trial docket commencing February 9th, 2001.

WHEREFORE, the undersigned, as counsel to the Defendant, gives notice to this Honorable Court concerning her potential conflicts.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
                (954) 537-5565 Broward
Fax        : (305) 374-3414 Dade Fax
               (954) 568-1870 Broward Fax

BY: _____
    FOR: Ana M. Jhones
    Florida Bar #771170

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _4th_ Day of January, 2001, to the following counsel of record:

Bertha Mitrani
Assistant US Attorney
500 East Broward Boulevard, #700
Fort Lauderdale FL 33394-3002

Arthur Wallace, Esq.
Counsel to **Ken Richards**
420 Lincoln Rd., Suite 370
Miami Beach, FL. 33139

Joel Defabio, Esq.
Counsel to **Mescal Smith**
2121 Ponce de Leon, Suite #430
Coral Gables, FL. 33134