UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
JAN 12. 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

CASE NO. 00-6175-CR-ZLOCH/SELTZER (s)

UNITED STATES OF AMERICA,

v.

ELIZABETH MAXIME,
  et al.,

  Defendants.
_____/

## UNITED STATES' FIRST SUPPLEMENTAL

## DISCOVERY RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this First Supplemental discovery response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  5.  Supplemental copies of books, papers, documents, and photographs, which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant were provided to defense counsel pursuant to defense counsel's request on or about December 13, 2000 and were numbered 10 through 310. Additional documents have been provided together with this discovery response.

D.  The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). The plea agreements of potential government witnesses have been provided to defense counsel together with this discovery response.

E.  The NCIC records of any alleged co-conspirator, accomplice or informant who will testify for the government at trial have been provided to defense counsel together with this discovery response.

The attachments to this response are numbered pages 311 - 354 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        Bertha R. Mitrani
        Assistant United States Attorney
        Florida Bar No. 88171
        500 East Broward Boulevard
        Fort Lauderdale, Florida 33394
        Tel: 954/ 356-7255
        Fax: 954/356-7336

cc:    Special Agent Krout
       USSS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by Federal Express on this 12 day of January, 2001 to

Ana M. Jhones, Esquire
Ana M. Jhones, P.A.
Bayside Plaza; Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

Bertha R. Mitrani
Assistant United States Attorney