IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6175-CR-Zloch

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELIZABETH MAXIME

        Defendant.
_____/



# MOTION REQUESTING APPROVAL FOR EXPEDITED
# TRANSCRIPTION OF GIGLIO MATERIALS AS
# DEFINED IN GIGLIO V. UNITED STATES, 405 US 150 (1972)
# AND NAPUE V. ILLINOIS, 360 US 264 (1959)

COMES NOW the Defendant, Elizabeth Maxime, by and through undersigned counsel, who moves this Honorable Court for expedited transcription of Giglio material, as defined in Giglio v. United States, 405 US 150 (1972) and Napue v. Illinois, 360 US 264 (1959), and as grounds therefor would show:

1. On January 12, 2001, the Government certified to undersigned the United States First Supplement Response to Standing Discovery Order. In the discovery response, the Government attached a plea agreement as to two potential Government witnesses that are going to be utilized in this case. Those witnesses are Patrice Olivier and Marcos Tejeda.

219

2. That undersigned counsel is endeavoring to obtain transcripts of these Defendants' plea colloquys, sentencing transcripts and bond hearings, to be utilized for trial purposes in this matter.

3. That inasmuch as this case is scheduled for the two week calendar commencing February 13, 2001, undersigned counsel is in need of this court's approval of transcription on a expedited basis.

4. That in support of Defendant's request for approval for expedited transcripts, counsel would state firstly that counsel has been appointed to represent Ms. Maxime pursuant to the Criminal Justice Act. That while counsel fully understands that the Government has endeavored to provide these matters as expeditiously as possible, undersigned counsel had requested, as early as November 28, 2000, that the Government provide undersigned counsel with the Government's Giglio disclosure.

5. The Government first provided these documents, with a certified mailing date of January 12, 2001 and counsel received it some time thereafter. It is not known how long the Government has known that they were going to utilize these witnesses in this case, however, based on the dates in the respective plea agreements of these two potential Government witnesses, the Court is hereby notified that as it relates to potential witness Patrice Olivier, said Defendant entered into a guilty plea before Judge Hurley on July 14, 2000 and was subsequently sentenced on October 27, 2000. The second potential witness,

Marcos Tejeda, entered into a change of plea as early as February 14, 2000, and was sentenced as of May 12, 2000. The Government provided undersigned with the plea agreement as to both of these cases with their January 12, 2001 supplemental Standing Discovery Order response.

6. That undersigned counsel, in addition to preparing this trial, has been preparing for a specially set trial before Judge Gonzalez in the case of USA v. Rene Benitez, Case Number 82-292-CR Gonzalez, set for the end of this month. That counsel's investigator is also involved in a trial presently before Judge Lenard, USA v. Giraldo Hernandez, et al. (The Cuban Spy Case).

7. That undersigned counsel has exercised her best efforts in attempting to minimize the expenditures in this case.

WHEREFORE, the Defendant, Elizabeth Maxime, most respectfully requests this Court enter an Order granting the transcription on an expedited basis, of the items in the attached vouchers.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002 this _____ day of February, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza Building, Suite 625
330 Biscayne Boulevard
Miami FL 33132
(305) 374-4919 Dade Phone
(305) 374-3414 Dade Fax
(954) 537-5565 Broward Phone
(954) 568-1870 Broward Fax

BY:_____
FOR: Ana M. Jhones
Florida Bar #771170

| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | | | VOUCHER NO | |
|---|---|---|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | | 2. MAG. JUDGE DOCKET NO. | | PAID BY | |
| 3. DISTRICT DOCKETING NO. 00-6175-CR-Zloch | 4. APPEALS DOCKET NO. | | 5. FOR (DISTRICT/CIRCUIT) SD FLA | | ACCTG. CLASS. NOS. | |
| 6. IN THE CASE OF UNITED STATES | | VS. | KEN RICHARDS, ET AL. | | | |
| 7. PERSON REPRESENTED ELIZABETH MAXIME | | 8. LOCATION/ORGANIZATION CODE | | | DATE PAID | |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
   Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
    NOTE. Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
    USA v. Marcos Tejeda, Case 99-891-CR-Seitz, Change of Plea of 2/14/00 and Sentencing of 5/12/00

11. ATTORNEY'S STATEMENT
    As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

    ▶ /s/ Ana Jhoney                     ▶ 02/06/01
    SIGNATURE OF ATTORNEY                    DATE
    Ana M. Jhones                        305-374-4919
    PRINTED NAME OF ATTORNEY              PHONE NUMBER
    1 ☐ FPD    2 ☐ CDO    3 ☒ PANEL ATTORNEY
    4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
    Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

    ▶ 
    SIGNATURE OF PRESIDING JUDICIAL OFFICER

    ▶ 
    DATE

| 13. SPECIAL AUTHORIZATIONS | | | | 14. JUDGE'S INITIALS |
|---|---|---|---|---|
| A. Apportion | % of transcript with | | | 14. A. |
| B. ☒ Expedited | ☐ Daily | ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | | | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | | | 14. D. |

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS ☒ Official ☐ Contract ☐ Transcriber ☐ Other | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) c/o Honorable Patricia Seitz 301 North Miami Avenue Miami FL 33128 |
|---|---|
| 16. FULL NAME OF PAYEE David Ehrlich | |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE | 19. TELEPHONE NO. AREA CODE ( ) NUMBER |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

| 21. CLAIMANT'S CERTIFICATION I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher. | 22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the transcript was received. | 23. TOTAL CLAIMED $ |
|---|---|---|
| ▶ CLAIMANT'S CERTIFICATION          ▶ DATE | ▶ SIGNATURE OF ATTORNEY/CLERK OF COURT      ▶ DATE | |

| 24. APPROVED FOR PAYMENT ▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ DATE | 25. AMT. APPROVED $ |
|---|---|

| CJA 24 REV. 7/95 | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. |
|---|---|---|---|
| 1. JURISDICTION | 1. ☐ MAG. JUDGE  2. ☒ DISTRICT  3. ☐ APPEALS  4. ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY |
| 3. DISTRICT DOCKETING NO. 00-6175-CR-Zloch | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD Fla | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF United States | | vs. Ken Richards, et al | |
| 7. PERSON REPRESENTED Elizabeth Maxime | | 8. LOCATION/ORGANIZATION CODE | DATE PAID |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C)
US v. Patrice Olivier, Case #00-6110-CR-Hurley, 7/14/2000 Change of Plea and 10/27/2000 Sentencing

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

▶ [signature]   ▶ 02/06/01
SIGNATURE OF ATTORNEY          DATE

Ana M. Jhones            305-374-4919
PRINTED NAME OF ATTORNEY      PHONE NUMBER

1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

▶
SIGNATURE OF PRESIDING JUDICIAL OFFICER

▶
DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
--- | ---
A. Apportion ____ % of transcript with ____ | 14. A.
B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

| COURT REPORTER/TRANSCRIBER STATUS ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) c/o Honorable Daniel Hurley 701 Clematis Street West Palm Beach FL  33401 |
|---|---|
| 6. FULL NAME OF PAYEE PAULINE STIPES | |
| 7. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE 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 | 19. TELEPHONE NO. AREA CODE ( ) NUMBER |

| TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | $ | $ | $ | $ |
| Copy | | | $ | $ | $ | $ |
| Expenses (Itemize): | | | | | | $ |

| 1. CLAIMANT'S CERTIFICATION I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher. | 22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the transcript was received | 23. TOTAL CLAIMED $ |
|---|---|---|
| ▶ CLAIMANT'S CERTIFICATION    ▶ DATE | ▶ SIGNATURE OF ATTORNEY/CLERK OF COURT    ▶ DATE | |
| APPROVED FOR PAYMENT | | 25. AMT. APPROVED $ |

| CJA 24 REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | | | VOUCHER NO. |
|---|---|---|---|---|---|
| 1. JURISDICTION | 1. ☐ MAG. JUDGE  2. ☒ DISTRICT  3. ☐ APPEALS  4. ☐ OTHER | | | 2. MAG. JUDGE DOCKET NO. | PAID BY |
| 3. DISTRICT DOCKETING NO. 00-6175-CR-Zloch | | 4. APPEALS DOCKET NO. | | 5. FOR (DISTRICT/CIRCUIT) SD FLA | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF United States | | | VS. | Ken Richards, et al | |
| 7. PERSON REPRESENTED Elizabeth Maxime | | | 8. LOCATION/ORGANIZATION CODE | | DATE PAID |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
   Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
    NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
    USA v. Patrice Olivier, Case #00-6110-CR-Hurley, Bond Hearing of 5/15/2000 on Magistrate Tape #00-39-1803-2697

11. ATTORNEY'S STATEMENT
    As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

    ► [signature]  ► 02/06/01
    SIGNATURE OF ATTORNEY            DATE
    Ana M. Jhones        305-374-4919
    PRINTED NAME OF ATTORNEY    PHONE NUMBER
    1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY
    4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
    Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

    ►
    SIGNATURE OF PRESIDING JUDICIAL OFFICER

    ►
    DATE

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion ____ % of transcript with ____ | | 14. A. |
| B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
    ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

16. FULL NAME OF PAYEE

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)

19. TELEPHONE NO.
    AREA CODE (    ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
    I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

    ►                    ►
    CLAIMANT'S CERTIFICATION    DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
    I hereby certify that the transcript was received.

    ►                    ►
    SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE

23. TOTAL CLAIMED
    $

24. APPROVED FOR PAYMENT  ►

25. AMT. APPROVED
    ►

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TO:        COURT REPORTER PROGRAM SUPERVISOR

ORDER FOR TRANSCRIPT FROM MAGISTRATE TAPE RECORDING

Requestor: __ANA JHONES__         Phone: 305-374-4919

Date Requested: 02/06/01

Date Required: 02/13/01

Magistrate Judge: _____

Date of Hearing: May 15, 2000

Type of Proceeding: Bond Hearing

Case Number: 00-6110-CR-Hurley

Case Style: USA v. Patrice Olivier

Defendant: Patrice Olivier

Tape Number: 00-39-1803-2697
(Can be obtained from the Docket Sheet)

Special Information: THIS TRANSCRIPT IS NEEDED FOR TRIAL IN CASE NUMBER 00-6175-CR-ZLOCH, USA V. ELIZABETH MAXIME

Indicate transcript rate desired:

ORDINARY   ____ $3.00/pg  A transcript to be delivered within thirty (30) calendar days after receipt of an order.

EXPEDITED  XX   $4.00/pg  A transcript to be delivered within seven (7) calendar days after receipt of an order.

DAILY      ____ $5.00/pg  A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually be a court day.

=====================================================================
COURT REPORTER'S OFFICE USE ONLY
Received from U.S. District Court
original tapes as indicated above.

_____
Contractor
Date: _____

copt-apdx2.frm