FILED by _____ D.C.
DKTG
FEB 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6175-CR-Zloch    DATE 2-8-01
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Elizabeth Marine

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Ana Jhaves

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Standby, Feb 20 #1

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2-3 days
Bond

220