UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

FILED by ___ D.C.
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA, FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

    V.

ELIZABETH MAXIME

    Defendant

O R D E R

THIS MATTER is before the Court upon Motion Requesting Approval For Expedited Transcription Of Giglio Materials As Defined In Giglio V. United States (filed February 7, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2001

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Ana Jhones, Esq.