UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.

                        O R D E R

ELIZABETH MAXIME

    Defendant
_____

FILED by ____ D.C.
FEB 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant Elizabeth Maxime's Motion To Compel Production Of The Presentence Investigation Reports Of The Government's Gigio/Napue Witnesses (filed February 13, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the United States Probation Office shall produce to the Court for an <u>in camera</u> inspection, the Presentence Investigation Reports of Ken Richards, Marcos Antonio Tejeda and Patrice Olivier by noon, Tuesday, February 20, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____14th____ day of February, 2001

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Ana Jhones, Esq.
Probation