IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6175-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIZABETH MAXIME

    Defendant.

_____/

## REQUEST FOR ISSUANCE OF AMENDED
## VOUCHER FOR COURT TRANSCRIPTS

COMES NOW the Defendant, Elizabeth Maxime, by and through undersigned counsel, who moves this Honorable Court to issue an amended voucher to obtain a transcript which is needed in this matter and as grounds therefor would show:

1. That at an earlier time, the Defendant filed a Motion requesting approval for expedited transcription of <u>Giglio</u> materials, which was granted by this Court; see Exhibit 1 attached hereto.

2. At that time, a CJA 24 voucher was approved for Court Reporter David Ehrlich to transcribe, on an expedited basis, the plea and sentencing in <u>USA v. Marcos Tejeda,</u> #99-891-CR-Seitz.

3. It appears, however, that David Ehrlich did not transcribe the sentencing



in the <u>Tejeda</u> case, and another CJA 24 voucher is needed for Brenda Alexander, who was the Court Reporter for those proceedings; Ms. Alexander is now in the Middle District of Florida.

WHEREFORE, the Defendant moves this Honorable Court for an amended voucher for Court Reporter Brenda Alexander to transcript the sentencing proceedings in <u>USA v. Marcos Tejeda,</u> Case Number 99-891-CR-Seitz, on an expedited basis.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002 this _____15th_____ day of February, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza Building, Suite 625
330 Biscayne Boulevard
Miami FL 33132
(305) 374-4919 Dade Phone
(305) 374-3414 Dade Fax
(954) 537-5565 Broward Phone
(954) 568-1870 Broward Fax

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

FILED by \_\_\_\_\_ D.C.
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

Plaintiff

v.

RECD FEB 13 2001

ELIZABETH MAXIME

Defendant

ORDER

THIS MATTER is before the Court upon Motion Requesting Approval for Expedited Transcription Of Giglio Materials As Defined In Giglio V. United States (filed February 7, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_12th\_\_ day of February, 2001

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Ana Jhones, Esq.