UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6175-CR-ZLOCH (s) (s)
18 U.S.C. § 4

UNITED STATES OF AMERICA,

v.

ELIZABETH MAXIME,

Defendant.
_____/



## SUPERSEDING INFORMATION

The United States Attorney charges that:

From on or about December 18, 1998, through on or about January 6, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ELIZABETH MAXIME,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the making, uttering and possession of counterfeited securities of an organization, in violation of Title 18, United States Code, Sections 513(a), did knowingly and willfully conceal the same by cashing approximately nine counterfeit corporate checks and keeping a portion of the proceeds of

the cashed checks after she became aware of their counterfeit nature, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO.    00-6175-CR-ZLOCH(s)(s)

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

ELIZABETH MAXIME

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
X   FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect ___

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X___    Petty     ___
   II   6 to 10 days     ___     Minor     ___
   III  11 to 20 days    ___     Misdem.   ___
   IV   21 to 60 days    ___     Felony    X___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___   District of ___

   Is this a potential death penalty case? (Yes or No)     NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 888171

\*Penalty Sheet(s) attached                                REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __ELIZABETH MAXIME__    No.: _____

Count # 1:
Misprison of a felony; in violation of Title 18, United States Code, Section 4

*Max Penalty: 3 years' imprisonment, $250,000 fine

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96