# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.     CASE NUMBER: 00-6175-CR-ZLOCH(s)(s)

ELIZABETH MAXIME

FILED by _____ D.C.
FEB 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L

I, ELIZABETH MAXIME, the above named defendant, who is accused of having knowledge of the commission of a felony cognizable by a court of the United States, to wit, the making, uttering and possession of counterfeited securities of an organization, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2/23/01 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                 _Elizabeth Maxime_
                 ELIZABETH MAXIME
                 Defendant.

                 ANA M. JHONES
                 Counsel for Defendant

Before _____
      BARRY S. SELTZER
      UNITED STATES MAGISTRATE JUDGE

Date 2/23/01