UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch(s)(s)

UNITED STATES OF AMERICA

vs

ELIZABETH MAXIME

FILED by D.C.
FEB 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on FEBRUARY 23, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                Address: __ON BOND FORM_____

                          _____

                          Telephone:_____

DEFENSE COUNSEL:          Name:____ANA JHONES, ESQ._____

                          Address:_____

                          _____

                          Telephone:_____

BOND SET/CONTINUED:       $____CON'T AS ORIGINALLY SET_____

Bond hearing held: yes____  no____ Bond hearing set for_____

Dated this __23RD__ day of __FEBRUARY_____, 2001.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Jenny Butler_____
                                        Deputy Clerk
                                        Tape No.: __01-009_____

cc: Copy for Judge
    U. S. Attorney

232