U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ELIZABETH MAXIME (surrender)     CASE NO: 00-6175-CR-Zloch (s) (S)
AUSA: Bertha Mitrani  pres           ATTNY: Ana Jhones  pres
AGENT: SS INFO Management            VIOL:
PROCEEDING: Initial Appearance        BOND REC:
BOND HEARING HELD - yes/no            COUNSEL APPOINTED:

FILED by D.C. FEB 23 2001 CLERK U.S. DIST. CT. S/D. OF FLA. FT. LAUD.

____ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Waiver of indictment executed in open court

INFO by court
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:         TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:  N/A
DATE: 2-23-01        TIME: 11:00am   TAPE # 01-009 -- 2560
                                             2822
235