UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
FEB 26 2001

CASE NUMBER 00-6175-CR-Zloch   DATE 2-26-01
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION ___   INTERPRETER ___

UNITED STATES OF AMERICA v. Elizabeth Marine

U. S. ATTORNEY Bertha M. Trani   DEFT COUNSEL Ana Jhones

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Superseding Information

RESULT OF HEARING Deft entered Plea of Guilty to the Superseding Info.

JUDGMENT Court accepted Plea & adjudged deft Guilty to the one Count Superseding Info.

CASE CONTINUED TO 5-14-01   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement