UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH



UNITED STATES OF AMERICA

v.                                                    NOTICE

ELIZABETH MAXINE

**TYPE OF CASE**              CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**                                    **COURTROOM A**
**299 E. BROWARD BLVD.**                     **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**                May 30, 2001, at 9:30 AM

**SENTENCING - RESET AT REQUEST OF PROBATION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 6, 2001

cc:
Bertha Mitrani, Esq., AUSA
Ana Jhones, Esq.
Probation (Stanley)