**CJA 24 (REV. 10/89) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. FLST2401810
PAID BY mkc - 3/09/01
ACCTG. CLASS. NOS.

1. JURISDICTION: 1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER
2. MAG. DOCKET NO.
3. DISTRICT DOCKETING NO.: 00-6175-Cr-Zloch  07
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/XXXXX): Southern
6. IN THE CASE OF: USA VS. Ken Richards, et al.
7. PERSON REPRESENTED: Elizabeth Maxime
8. LOCATION/ORGANIZATION: FLSXX
DATE PAID 3/13/01

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED: Trial

FILED by _M_ D.C.
CT. REP.
MAR 22 2001
CLARENCE MADDOX
U.S. DIST. CT.
S.D. of FLA. - MIAMI

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY):
USA v. Patrice Olivier, Case No. 00-6110-Cr-Hurley. Bond hearing of 5-15-2000 on Magistrate tape No. 00-39-1803-2697

11. ATTORNEY'S STATEMENT — signature, date 2/19/01
ATTORNEY'S TELEPHONE NO. 305 374-4919
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER — signature of Judge or Magistrate, date 2/21/01

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS

A. Apportion ___% of transcript with ___ | 14.A.
B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript | 14.B. WJZ
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14.C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14.D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Carl Schanzleh
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: U. S. Courthouse, 299 E. Broward Blvd., 202B, Ft. Lauderdale, Fl. 33301
19. TELEPHONE NO.: (054) 769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 17 | 17 | $4.00 | $ | $ | $68.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION — date 2-14-01
22. CERTIFICATION OF ATTORNEY OR CLERK — signature, date 2/18/01
23. TOTAL CLAIMED: $68.00
24. APPROVED FOR PAYMENT — signature of Presiding Judicial Officer, date 2/21/01
25. AMT. APPROVED: $68.00

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT