# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

CJA 24 (REV. 7/95)

VOUCHER NO. FLST7401811
PAID BY nke-3/09/01
ACCTG. CLASS. NOS.

**1. JURISDICTION:** ☒ DISTRICT (2) — 07
**2. MAG. JUDGE DOCKET NO.**
**3. DISTRICT DOCKETING NO.:** 00-6175-CR-Zloch
**4. APPEALS DOCKET NO.**
**5. FOR (DISTRICT/CIRCUIT):** SD Fla
**6. IN THE CASE OF:** United States vs. Ken Richards, et al
**7. PERSON REPRESENTED:** Elizabeth Maxime
**8. LOCATION/ORGANIZATION CODE**

FILED by ___ D.C.
CT. REP.
MAR 22 2001

DATE PAID 2/13/01

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY):** Trial

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY):**
US v. Patrice Olivier, Case #00-6110-CR-Hurley, 7/19/2000 Change of Plea and 10/27/2000 Sentencing

**11. ATTORNEY'S STATEMENT**
Signature of Attorney — 02/06/01
Ana M. Jhones
305-374-4919
☒ PANEL ATTORNEY

**12. COURT ORDER**
Signature of Presiding Judicial Officer — William J. [illegible]
Date 3/8/01

### 13. SPECIAL AUTHORIZATIONS

| | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion ___ % of transcript with | | 14. A. |
| B. ☒ Expedited ☐ Daily ☐ Hourly Transcript | | 14. B. [initials] |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

### CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS:** ☒ Official
**16. FULL NAME OF PAYEE:** PAULINE STIPES
**17. SSN/EIN:** 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
**18. PAYEE'S ADDRESS:** c/o Honorable Daniel Hurley, 701 Clematis Street, West Palm Beach FL 33401
**19. TELEPHONE NO.**

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-30, 1-32 | 62 | $4.00 | $248.00 | $ | $248.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION:** Pauline Stipes — 2/19/01
**22. CERTIFICATION OF ATTORNEY OR CLERK:** [signature] — 2/21/01
**23. TOTAL CLAIMED:** $248.00

**24. APPROVED FOR PAYMENT:** William J. [signature] — 3/22/01
**25. AMT. APPROVED:** $248.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT