| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2001788 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY mle - 3/09/01 |
| 3. DISTRICT DOCKETING NO. 00-6175-CR-Zloch | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD FLA | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF UNITED STATES | VS. | KEN RICHARDS, ET AL. | |
| 7. PERSON REPRESENTED ELIZABETH MAXIME | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 3/13/01 PMJ |

FILED by N D.C.
CT. REP.
MAR 22 2001
CLERK...
S.D. OF FLA...

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

USA v. Marcos Tejeda, Case 99-891-CR-Seitz, Change of Plea of 2/14/00 and Sentencing of 5/12/00

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] 02/06/01
Ana M. Jhones   305-374-4919
PRINTED NAME OF ATTORNEY   PHONE NUMBER
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.
Signature of Presiding Judicial Officer: [signed William J. Zloch]
Date: 2/8/01

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS
---|---|---
A. Apportion ___% of transcript with ___ | | 14. A.
B. ☒ Expedited   ☐ Daily   ☐ Hourly Transcript | | 14. B. WJZ
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: David Ehrlich
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 100 34 4087
18. PAYEE'S ADDRESS: c/o Honorable Patricia Seitz, 301 North Miami Avenue, Room 517, Miami FL 33128
19. TELEPHONE NO.: AREA CODE (305) NUMBER 523-5537

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-19 | 19 | $4.00 | $76.00 | $ | $76.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | filed in Case# 00-6175 | | | | | $ |

21. CLAIMANT'S CERTIFICATION: I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
Signed: David L. Ehrlich  2-14-01

22. CERTIFICATION OF ATTORNEY OR CLERK: I hereby certify that the transcript was received.
Signed: Myrna Z McKinney  2/22/01

23. TOTAL CLAIMED: $76.00

24. APPROVED FOR PAYMENT: [signed William J. Zloch]  2/16/01
25. AMT. APPROVED: $76.00