**CJA 24 (REV. 7/95) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

| VOUCHER NO | FLST2001787 |
|---|---|

| 1. JURISDICTION | 1. ☐ MAG. JUDGE | 2. ☒ DISTRICT | 2. MAG. JUDGE DOCKET NO. | PAID BY |
|---|---|---|---|---|
| | 3. ☐ APPEALS | 4. ☐ OTHER | | MLR - 3/09/01 |

| 3. DISTRICT DOCKETING NO. | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | ACCTG. CLASS. NOS. |
|---|---|---|---|
| 00-6175-CR-Zloch 05 | | SD Fla | |

**6. IN THE CASE OF** United States VS. Ken Richards, et al.

**7. PERSON REPRESENTED:** Elizabeth Maxime

**8. LOCATION/ORGANIZATION CODE:** D.C.

FILED by CT. REP. MAR 2 3 2001

**DATE PAID:** 3/13/01 PM

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY):** Trial preparation and Trial

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY):**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Change of plea proceedings of January 16, 2001 of Ken Richards before Judge Zloch.

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney — Date 2/2/01
Ana M. Jhones — 305-374-4919
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer — William J. Zloch
Date: 2/21/01

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**
--- | ---
A. Apportion ___% of transcript with | 14. A.
B. ☒ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B. WJZ
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S ADDRESS |
|---|---|
| ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | Carl Schanzleh<br>c/o Honorable William Zloch<br>299 E. Broward Blvd<br>Ft. Lauderdale FL 33301 |
| **16. FULL NAME OF PAYEE:** CARL SCHANZLEH | |
| **17. SSN/EIN:** 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 | **19. TELEPHONE:** (954) 463-0153 769-5488 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 51 | 51 | $4.00 | $ | $ | $204.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | filed 2/13/01 DE#224 | | | | | $ |

**21. CLAIMANT'S CERTIFICATION:** I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
Date: 2-13-01

**22. CERTIFICATION OF ATTORNEY OR CLERK:** I hereby certify that the transcript was received.
Date: 2/8/01

**23. TOTAL CLAIMED:** $204.00

**24. APPROVED FOR PAYMENT** — Signature of Presiding Judicial Officer — William J. Zloch — Date: 2/21/01

**25. AMT. APPROVED:** $204.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT