| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2001811 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY mke-3/09/01 |
| 3. DISTRICT DOCKETING NO. 00-6175-CR-Zloch | 4. APPEALS DOCKET NO. 07 | 5. FOR (DISTRICT/CIRCUIT) SD Fla | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF United States | | VS. Ken Richards, et al | |
| 7. PERSON REPRESENTED Elizabeth Maxime | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 2/13/01 |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial

FILED by CT-REP.
MAR 2 2 2001

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

US v. Patrice Olivier, Case #00-6110-CR-Hurley, 7/11/2000 Change of Plea and 10/27/2000 Sentencing

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

▶ [signature]  ▶ 02/06/01
SIGNATURE OF ATTORNEY  DATE
Ana M. Jhones  305-374-4919
PRINTED NAME OF ATTORNEY  PHONE NUMBER
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted.

[signature] William J. [Zloch]
SIGNATURE OF PRESIDING JUDICIAL OFFICER
▶ 3/8/01
DATE

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS
---|---|---
A. Apportion ____% of transcript with ____ | | 14. A.
B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B. [initials]
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS ☒ Official ☐ Contract ☐ Transcriber ☐ Other | 16. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) c/o Honorable Daniel Hurley 701 Clematis Street West Palm Beach FL 33401 |
|---|---|
| 16. FULL NAME OF PAYEE PAULINE STIPES | |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE 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 | 19. TELEPHONE NO. AREA CODE ( ) NUMBER |

| 20. TRANSCRIPT | INCLUDE PG. NOS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-30, 1-32 | 62 | $4.00 | $248.00 | $ | $248.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

[signature] Pauline Stipes  2/19/01
CLAIMANT'S CERTIFICATION  DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

[signature]  2/21/01
SIGNATURE OF ATTORNEY/CLERK OF COURT  DATE

23. TOTAL CLAIMED $248.00

24. APPROVED FOR PAYMENT ▶ [signature] William J. [Zloch]  2/27/01
SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE

25. AMT. APPROVED $248.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT

253