UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 30 2001

CASE NUMBER  CC-6175-CR-Zloch   DATE  5-30-01
CLERK  Caroline Hensley   REPORTER  Carl Schanzlei
PROBATION  Georgann Stanley   INTERPRETER

UNITED STATES OF AMERICA  v.  Elizabeth Maxine

U. S. ATTORNEY  Bertha M. Zrcin   DEFT COUNSEL  Ana Jhones

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 1 - Superseding Info - 3 yrs
Reporting Probation - $8,387.77
Rest. But no joint & several - $100 (paid)
assessment - Provide Complete
JUDGMENT  financial disclosure -
Ana Jhones appointed for appeal

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

267