# United States District Court
## Southern District of Florida
FORT LAUDERDALE DIVISION

MAY 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| ELIZABETH MAXIME | Case Number: **00-6175-CR-ZLOCH** |
| | Counsel For Defendant: ANA JHONES, ESQ. |
| | Counsel For The United States: BERTHA MITRANI |
| | Court Reporter: Carl Schanzleh |

**THE DEFENDANT:**

☒ pleaded guilty to one count superseding information

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:4 misprision of a felony | | 1/99 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is) (are) dismissed on the motion of the United States.

ALL PENDING MOTIONS NOT OTHERWISE DISPOSED OF HEREIN ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **7/8/53**
Defendant's USM Number: **61921-004**

Defendant's Residence Address:
**9680 WEST ELM LANE**

**MIRAMAR, FL 33025**

Defendant's Mailing Address:
**9680 WEST ELM LANE**

**MIRAMAR, FL 33025**

5/30/01
Date of Imposition of Judgment

Signature of Judicial Officer

William J. Zloch
Chief U.S. District Court Judge

Date: 5/30/01

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5-30-01

272



No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

SDUSM